NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HEALTHSPOT, INC,**
*Plaintiff-Cross-Appellant*

v.

**COMPUTERIZED SCREENING, INC.,**
*Defendant-Appellant*

---

2016-1439, -1500

---

Appeals from the United States District Court for the Northern District of Ohio in No. 1:14-cv-00804-DCN, Judge Donald C. Nugent.

---

**O R D E R**

Upon consideration of HealthSpot Inc.'s notification of bankruptcy proceedings,

IT IS ORDERED THAT:

The appeals are stayed. HealthSpot is directed to file a status report every 90 days and to inform the court within 21 days after the bankruptcy proceedings are completed or the automatic stay pursuant to 11 U.S.C. § 362 has been lifted.

2        HEALTHSPOT, INC v. COMPUTERIZED SCREENING, INC.

>                           FOR THE COURT
>
>                           /s/ Daniel E. O'Toole
>                           Daniel E. O'Toole
>                           Clerk of Court

s25