NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**HEALTHSPOT, INC,**
*Plaintiff-Cross-Appellant*

**v.**

**COMPUTERIZED SCREENING, INC.,**
*Defendant-Appellant*

---

2016-1439, -1500

---

Appeals from the United States District Court for the Northern District of Ohio in No. 1:14-cv-00804-DCN, Judge Donald C. Nugent.

---

**ON MOTION**

---

**O R D E R**

Computerized Screening, Inc. moves to stay the briefing schedule pending the court's resolution of third-party Rite Aid Headquarters Corporation's motion for "leave to file [a] statement of non-interest and suggestion of mootness."

Upon consideration thereof,

2              HEALTHSPOT, INC v. COMPUTERIZED SCREENING, INC.

IT IS ORDERED THAT:

The motion is granted to the extent that the briefing schedule is stayed.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s32